UNITED STATES DISTRICT COURT

FILED BY /h ___ D.C.

# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 OCT 11 AM 9: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**MILES EVERETT MCKINNEY**

**JUDGMENT IN A CIVIL CASE**

v.

**ALBERTO R. GONZALES and**
**TONY PARKER**

**CASE NO: 04-2524-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Petition Pursuant To 28 U.S.C. § 2241 entered on September 28, 2005, this cause is hereby dismissed.

APPROVED:

[signature]

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

October 8, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10/11/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02524 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Miles Everett McKinney
NWCC-TIPTONVILLE
159024
960 State Route 212
Tiptonville, TN 38079

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT